UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>     v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | Case No. 22-cv-00694-JSC<br><br>**ORDER CONDITIONALLY GRANTING MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM**<br><br>Re: Dkt. No. 3 |

For good cause shown, Plaintiff's administrative motion for leave to proceed under a pseudonym, (Dkt. No. 3), is CONDITIONALLY GRANTED, subject to allowing Defendant to file a response after being served with the summons and complaint. Plaintiff shall also serve a copy of the administrative motion and this order upon Defendant.

The Clerk shall issue the summons.

This Order disposes of Docket No. 3.

**IT IS SO ORDERED.**

Dated: February 8, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge