James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 3:22-cv-694-JSC<br><br>**[PROPOSED] ORDER GRANTING**<br>**PLAINTIFF'S EX PARTE MOTION FOR**<br>**ADMINISTRATIVE RELIEF TO**<br>**CONTINUE CASE MANAGEMENT**<br>**CONFERENCE AND RELATED**<br>**DEADLINES** |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to continue the case management conference and related deadlines. The deadline to file an initial case management statement is continued from April 28, 2022 to May 26, 2022 and the case management conference currently set for May 5, 2022 at 1:30 PM is continued to June 2, 2022 at 1:30 PM

IT IS SO ORDERED.

Dated:  April 29, 2022

_____
Jacqueline Scott Corley
United States District Judge