UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 22-cv-00694-JSC<br><br>**PRETRIAL ORDER NO. 1**<br><br>Re: Dkt. No. 16 |

Upon review of the parties' joint case management conference statement, the Court imposes the following schedule:

| | |
|---|---|
| Deadline to Make Initial Disclosures: | June 17, 2022 |
| Deadline to Complete Private Mediation: | September 2, 2022 |
| Deadline to Complete Discovery, if any: | November 18, 2022 |
| Plaintiff's Rule 52 Opening Brief: | January 13, 2023 |
| Defendant's Opening/Oppo Brief: | February 10, 2023 |
| Plaintiff's Oppo/Reply Brief: | March 3, 2023 |
| Defendant's Reply Brief: | March 24, 2023 |
| Hearing: | April 13, 2023 9:00 a.m. |

The parties shall jointly submit a letter identifying their chosen private mediator and the date of mediation by June 23, 2022. The case management conference scheduled for June 2, 2022 is continued to September 22, 2022. An updated joint statement is due one week in advance of the conference. The Court will be interested in whether given that private mediation did not result in resolution (or we would not hold the conference), the parties are interested in referral for a magistrate judge settlement conference and, if so, the optimal timing of such conference.

**IT IS SO ORDERED.**

Dated: June 1, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge